IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL |
| | : | |
| v. | : | |
| | : | NO. __18-171-CR__ |
| __SARAH NORTON__ | : | |

## CONDITIONS OF RELEASE ORDER

### BAIL

Defendant is **released on bail** in the amount of: $ __50,000.00__
    __x__ O/R
    _____ cash
    _____ secured by:
        _____ % cash
        _____ property at:
        _____**Clerk's office requirements are not waived.** Execute an Agreement to Forfeit the Property stated above with a copy of the deed as indicia of ownership.

FILED
MAY 02 2018
KATE BARKMAN, Clerk
By_____ Dep. Clerk

### PRETRIAL SERVICES

__x__ Defendant shall report to Pretrial Services:
    __x__ **as directed** by Pretrial Services.
    _____ times per week **in person.**
    _____ times per week **via telephone.**

_____ Defendant shall attend mental health services under the guidance and supervision of Pretrial Services.

_____ Defendant shall submit to **random drug testing** as directed by Pretrial Services.

_____ Defendant shall refrain from excessive use of alcohol or from any use of a narcotic drug or other controlled substance, as defined in Section 102 of the Controlled Substances Act, 21 U.S.C. § 802, without a prescription by a licensed medical practitioner.

_____ Defendant shall undergo **drug/alcohol treatment** if necessary as determined by Pretrial Services.

__x__ Defendant shall submit to **electronic monitoring** at the following address:
    181 N. Main St., Jewett City, Connecticut

_____This Court, based upon evidence that Defendant has adequate financial resources, finds that he/she shall pay all or part of the cost of the court-ordered monitoring program, in an amount to be specified by Pretrial Services.

_____ **Curfew.** You are restricted to your residence every day from_____ to _____, during which electronic monitoring will be in place, or as directed by the pretrial services office or supervising officer.

__x__ **Home Detention.** You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health

treatment; attorney visits; court appearances; court-ordered obligations; or other activities approved in advance by the pretrial services office or supervising officer;

_____ **Home Incarceration.** You are restricted to 24-hour-a-day lock-down at your residence except for medical necessities and court appearances or other activities specifically approved by the court.

### PASSPORT

__x__ Defendant shall surrender and/or refrain from obtaining a **passport**.

### TRAVEL

__x__ Travel is restricted to the **Eastern District of Pennsylvania**.
__x__ Travel is restricted to the _STATE OF CONNECTICUT_ .
__x__ Unless prior permission is granted by Pretrial Services.

### FIREARMS

__x__ Defendant shall surrender and/or refrain from obtaining any firearms. Any other firearms in any premises where the defendant resides while on supervised release must be removed from the premises and no firearms are to be brought into the premises during this period. The defendant shall execute a completed Prohibition on Possession of Firearms Agreement.

### MISCELLANEOUS

__x__ Defendant shall have no contact with **co-defendants, potential witnesses** in this case, or individuals engaged in any **criminal activity**.
_____ Defendant must maintain present **employment**.
_____ Defendant must **actively seek** gainful employment.
_____ Defendant shall undergo a **mental competency evaluation**.
__x__ Defendant must reside:
　　　at: _181 N. Main St., Jewett City, Connecticut_

**with**:

### COMPUTERS/INTERNET

__x__ The Defendant is subject to the following computer/internet restrictions which are to be monitored by U.S. Pretrial Services and may include manual inspection, use of minimally invasive internet detection devices, and/or installation of computer monitoring software to insure compliance with the imposed restrictions.

\_\_\_x\_\_\_**No computer**: The Defendant is prohibited from possession and/or use of any computers and connected devices.  **Defendant's 21 year old daughter allegedly has a computer in residence and her computer must be password protected at all time.**

_____**Computer, no internet access**: The Defendant is permitted use of computers or connected devices, but is not permitted access to the Internet (as World Wide Web, FTP sites, IRC servers, instant messaging).

_____**Computer with internet access**: The Defendant is permitted use of computers or connected devices, is permitted access to the internet for legitimate purposes, and is responsible for any fees connected with the installation and use of monitoring software.

\_\_\_x\_\_\_**Other Residents**: By consent of other residents, all computers located at the address of record shall be subject to inspection to insure the equipment is password protected.

\_\_\_x\_\_\_**Other Restrictions**:

1. No contact with minors under the age of 18, unless in the presence of another responsible adult. (Permitted contact with her own children, ages 21, 14 and 7)
2. No internet service or smart phone devices with a data plan.

**OTHER CONDITIONS:**

As a further condition of release, defendant shall not commit a Federal, State, or local crime during the period of release.  The commission of a Federal offense while on pretrial release will result in an additional sentence of a term of imprisonment of not more than 10 years, if the offense is a felony; or a term of imprisonment of not more than 1 year, if the offense is a misdemeanor.  This sentence shall be in addition to any other sentence.

Any violation of the conditions of release may result in revocation of bail and imprisonment pending trial.

*Defendant may use her smartphone until 4:00 P.M. May 3, 2018. During this time she may not access the internet. She may have phone which does not access the internet to be approved by Pretrial Services*

It is so ORDERED this \_\_2nd\_\_ day of \_\_MAY\_\_, 2018.

BY THE COURT:

_____
HENRY S. PERKIN
UNITED STATES MAGISTRATE JUDGE

Last Revised: 9-20-16