## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| V. | : | CRIMINAL NUMBER 18-171 |
| | : | |
| SARAH NORTON | : | |

### O R D E R

**AND NOW,** this          day of                    , 2018, upon consideration of the Defendant's Request to Modify Pretrial Conditions: it is hereby **ORDERED** that the bail condition is modified to a curfew with hours out of the residence to be determined by the Pretrial Office for the District of Connecticut. GPS transmitter would remain on her body. The curfew will enable the Pretrial Office to allow the defendant to manage her numerous parental responsibilities as well as well as attend her regular mental health counseling sessions. Ms. Norton is to have no contact with minors unless under the supervision of one of her two adult custodians.

BY THE COURT:

_____
**HONORABLE JOSEPH F. LEESON, JR.**
**United States District Court Judge**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| | : | |
| V. | : | CRIMINAL NUMBER 18-171 |
| | : | |
| | : | |
| SARAH NORTON | : | |

**DEFENDANT'S REQUEST TO MODIFY PRETRIAL CONDITIONS**

Defendant, Sarah Norton, by and through her attorney, Kathleen M. Gaughan, Assistant Federal Defender, Federal Community Defender for the Eastern District of Pennsylvania, and in support of said motion, respectfully submits as follows:

1. On April 26, 2018, an Indictment was filed charging Ms. Norton with enticement of a minor to engage in illicit sexual conduct, in violation of 18 U.S.C. § 2422(b)[Count One]; and travel to engage in illicit sexual conduct with a minor, in violation of 18 U.S.C. § 2423(b)[Count Two].

2. On April 26, 2018, Ms. Norton was released on bail with the condition of GPS electronic monitoring.

3. Ms. Norton is supervised by United States Pretrial Officer Nicole Owens for the District of Connecticut and confirmed that Ms. Norton is compliant with all conditions of pretrial release.

4. Ms. Norton requests the condition of GPS monitoring be adjusted to allow a curfew to be put in place by her supervising pretrial officer in Connecticut. The curfew will allow her to manage her numerous parental responsibilities as well as attend her mental health session.

5. United States Pretrial Officer Terrance Dudley for the Eastern District of Pennsylvania is in agreement with the modification of a curfew as requested.

6. Ms. Norton's condition of GPS remains in effect. The monitor will remain on her body. Ms. Norton is to have no contact with minors unless under the supervision of one of her two adult custodians.

7. Sherri Stephan, Assistant United States Attorney has also advised that she has no objection to this request.

**WHEREFORE**, for the above-stated reasons, the defendant respectfully moves this Court to grant said motion once the residence is approved by the United States Pretrial Services for the District of Connecticut.

Respectfully submitted,

*/s/ Kathleen M. Gaughan*
KATHLEEN M. GAUGHAN
Assistant Federal Defender

## **CERTIFICATE OF SERVICE**

I, Kathleen M. Gaughan, Assistant Federal Defender, Federal Community Defender Office for the Eastern District of Pennsylvania, hereby certify that I have filed the Defendant's Request to Modify Pretrial Conditions through the Eastern District Clerk's Office Electronic Case Filing System ("ECF") and served copies upon the following:

Sherri Stephen
Assistant United States Attorney
United States Attorney's Office
615 Chestnut Street, Suite 1250
Philadelphia, Pennsylvania, 19106

Terrance Dudley
United States Pretrial Services Officer
United States Pretrial Office
William J. Green Federal Building
600 Arch Street, Suite 4408
Philadelphia, PA 19106

Nicole Owens
United States Pretrial Service and Probation
For the District of Connecticut
Connecticut Financial Center
157 Church Street #22A
New Haven, CT  06510

                          */s/ Kathleen M. Gaughan*
                          KATHLEEN M. GAUGHAN
                          Assistant Federal Defender

DATE:  July 31, 2018