Mr. Glassman,

I am writing to request a motion for home confinement until my sentencing date. I am not getting the medical care or proper diet that my chronic illness' require. No one expected for me to be here this long and I need to see real doctors who specialize in kidneys, ureters, & bladders. I am fearful that the large amounts of daily antibiotics that are given to me are gonna make me resistent, which has happened in the past due to overprescribing. I am already resistent to two different antibiotics. Recent blood test shows I have hypothyroidism which can affect the function of my organs. I can not afford to lose anymore permanent kidney function. My kidney stones and infections are extremely painful, that I pray for death. You wouldn't understand unless you had them yourself. I know this COVID 19 has put everything on hold and who really knows there wont be another "lockdown" if this second surge comes. Mr. Glassman I know I am looking at serious prison time but if I could live pain free for a couple months before I spend the rest of my life in jail, I want to try. If it is about the money, I will get it to you like I always have. I am not a "runner" nor do I have a passport, money, or health enough to run. I have alway cooperated with authorities, court authorities, pretrial, and probation. I have never given anyone a reason not to trust me. been holding on because I thought I would have been at another place in april. Please understand my concerns or I wouldn't have bothered you if I had hope this pain would subside. So no matter ow small of a chance I could get a break from it, I need to

ake it since the only thing I could lose is money.

Thank you

Sarah Frat[...]