UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,           :
                                    :        No. 5:18-cr-00171
        v.                          :        No. 2:23-cv-03484
                                    :
SARAH NORTON,                       :
        Defendant/ Petitioner       :

**O R D E R**

**AND NOW**, this 26th day of June, 2026, for the reasons set forth in the Opinion issued this date, **IT IS ORDERED THAT**:

1.    The Motion to Vacate Sentence, ECF No. 96, is **DENIED**.

2.    A certificate of appealability is **DENIED**.

3.    The Clerk of Court shall **CLOSE** the above-captioned actions.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge